# Order

Michigan Supreme Court
Lansing, Michigan

May 20, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160753

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 160753
COA: 345243
Wayne CC: 18-003452-FH

DEANDRE TAIWAN HAYWOOD,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the September 26, 2019 judgment of the Court of Appeals is considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the November 8, 2019 order of the Court of Appeals, and we REMAND this case to the Court of Appeals, as on reconsideration granted, for plenary consideration of the defendant's arguments, including the contention that in other cases, the Court of Appeals has remanded to the trial court for a determination whether to appoint appellate counsel for the defendant-appellee. See, e.g., *People v Skipp,* unpublished order of the Court of Appeals, issued July 11, 2018 (Docket No. 344349), *People v Adams,* unpublished order of the Court of Appeals, issued June 5, 2013 (Docket No. 316114), and *People v Nino,* unpublished order of the Court of Appeals, issued July 10, 2018 (Docket No. 344364).

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 20, 2020



Clerk

s0513